IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | CRIMINAL NO. 97-132(DRD) |
| **WILFREDO GUZMAN ANDUJAR ET AL,** Defendants. | |

## MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY OF RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

Assistant U.S. Attorney Marcos López is no longer the prosecutor assigned to this case. Assistant United States Attorney George A. Massucco has been assigned to the above referenced case. Consequently, it is respectfully requested that the Court accept this request to withdraw as attorney for the United States in this particular case.

THEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Marcos López as the attorney for the prosecution in the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 15th day of November 2006.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/ *Marcos López*
Marcos López - 215008
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656

**Motion to Withdraw AUSA**
**USA v. Wilfredo Guzman Andujar et al**
Criminal No. 97-132(DRD)
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico this 15th day of November 2006.

                                                           s/ *Marcos López*
                                                         Marcos López - 215008
                                                         Assistant U.S. Attorney
                                                         Torre Chardón, Room 1201
                                                         350 Carlos Chardón Avenue
                                                         San Juan, PR 00918
                                                         Tel. (787) 766-5656